IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
\*\*\*THER DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO.: 2:21-cr-185-MHT-SRW
)
)
Zsa Zsa Bouvier Couch

**WAIVER OF PERSONAL APPEARANCE AND CONSENT
TO CONDUCT INITIAL APPEARANCE AND SUBSEQUENT HEARINGS
BY VIDEO TELECONFERENCE**

Due to outbreak of Coronavirus Disease 2019 (COVID-19), which has resulted in the President of the United States' declaring a national emergency and the Governor of Alabama's declaring a state public health emergency, and pursuant to Rules 5(f) and 10(c) of the Federal Rules of Criminal Procedure, the Defendant hereby waives the right to attend her initial appearance and arraignment in person and consents to having the initial appearance, her arraignment, and any subsequent hearings conducted by video teleconference. I further understand that I have the right to attend a detention hearing in person, pursuant to 18 U.S.C. § 3142(f). Based on the outbreak of the virus and necessary health precautions, I consent to have that hearing, and all further hearings, conducted by video teleconference as well.

X _____     4/26/21
DEFENDANT'S SIGNATURE                 DATE

_____       4/26/21
ATTORNEY FOR DEFENDANT                DATE