IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr185-MHT** |
| | ) | (WO) |
| **ZSA ZSA BOUVIER COUCH** | ) | |

**ORDER**

Based on the psychological report (Doc. 54) and the representations made on the record during the conference call today, the court finds that "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering ... [her] mentally incompetent to the extent that [s]he is unable to understand the nature and consequences of the proceedings against ... [her] or to assist properly in ... [her] defense."  18 U.S.C. § 4241(a).

Accordingly, pursuant to 18 U.S.C. § 4241(a), it is ORDERED that an in-person hearing is set for January 5, 2022, at 10:00 a.m., in Courtroom 2FMJ of the Frank

M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama, to determine:

(1) The mental competency of defendant Zsa Zsa Bouvier Couch; and

(2) If she is found incompetent to proceed, the commitment of defendant Couch to the custody of the Attorney General for determination of restorability and for competency-restoration treatment in accordance with 18 U.S.C. § 4241(d).

DONE, this the 10th day of December, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**