IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )   CRIMINAL ACTION NO.
    v.                      )        2:21cr185-MHT
                            )             (WO)
ZSA ZSA BOUVIER COUCH       )
```

ORDER

The Guide to Judiciary Policy's Guidelines for Administering the CJA and Related Statutes provides that the Department of Justice has responsibility to pay for the cost of competency evaluations and testimony by a psychiatric expert at a competency hearing.  *See* Guide to Judiciary Policy, Vol. 7, Pt. A, Ch. 3: Authorization and Payment for Investigative, Expert, or Other Services, § 320.20.60(a).

Accordingly, and based on the oral agreement of counsel for the government and counsel for defendant Zsa Zsa Bouvier Couch that the government is responsible for the costs related to a competency evaluation, it is ORDERED that the government shall pay for the cost of the competency evaluation and any

testimony at the competency hearing from the expert who performs the evaluation.

DONE, this the 3rd day of February, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**