IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )    CRIMINAL ACTION NO.
     v.                      )        2:21cr185-MHT
                             )            (WO)
ZSA ZSA BOUVIER COUCH        )
```

OPINION AND ORDER

The government has represented that defendant Zsa Zsa Bouvier Couch intends to assert an insanity defense, *see* Motion for Psychiatric Exam (Doc. 71) at 2, and defense counsel indicated as much during an on-the-record hearing on March 30, 2022. However, defense counsel has not filed a notice of her intent to assert an insanity defense with the court. Federal Rule of Criminal Procedure 12.2(a) provides: "A defendant who intends to assert a defense of insanity at the time of the alleged offense must so notify an attorney for the government in writing within the time provided for filing a pretrial motion, or at any later time the court sets, and file a copy of the notice with the clerk." Fed. R. Civ. P. 12.2(a). If defense

counsel intends to assert an insanity defense, she must file a copy of such notice pursuant to Rule 12.2(a).

Accordingly, it is ORDERED that, if defendant Zsa Zsa Bouvier Couch intends to assert an insanity defense, she must file with the court a copy of her written notice to the government of her intention to pursue an insanity defense, pursuant to Federal Rule of Criminal Procedure 12.2(a).  This must be done within five business days.

DONE, this the 5th day of April, 2022.

                                       /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE