IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:21cr185-MHT
                            )            (WO)
ZSA ZSA BOUVIER COUCH       )
```

## ORDER

Based on the representations made in the government's notice of May 11, 2022 (Doc. 100), and on the representations made in open court today, it is ORDERED that, because defendant Zsa Zsa Bouvier Couch failed to commit herself to the Carswell Federal Medical Center in Fort Worth, Texas, by 2:00 p.m. on May 11, 2022, as required by the court's orders of April 18, 2022 (Doc. 90) and May 4, 2022 (Doc. 96), she is committed to the custody of the Attorney General pursuant to the court's order of April 8, 2022 (Doc. 88).

It is further ORDERED that defendant Couch's motion to continue her self-surrender date and set a status hearing (Doc. 104) is denied.

DONE, this the 13th day of May, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**