IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )        2:21cr185-MHT
                            )            (WO)
ZSA ZSA BOUVIER COUCH       )
```

**ORDER**

This case is before the court on defendant Zsa Zsa Bouvier Couch's motion for bond reinstatement or, alternatively, for a status conference (Doc. 129). On April 8, 2022, the court committed defendant Couch to the Bureau of Prisons for a psychological evaluation. *See* Opinion and Order (Doc. 88). According to her motion, the evaluation has been completed, and she has been returned to this district and is being held in the Montgomery County Detention Facility. As she was not incarcerated prior to being committed for the evaluation, the court sees no need to keep her incarcerated at this time. The government does not oppose her release.

Accordingly, and based on the representations made by the parties during the conference call today, it is ORDERED that defendant Zsa Zsa Bouvier Couch's motion for bond reinstatement or, alternatively for a status conference, is granted to the extent that defendant Couch shall be released from custody today under the same conditions of pretrial release that were previously imposed.

DONE, this the 21st day of November, 2022.

      /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**