IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )      CRIMINAL ACTION NO.
     v.                      )        2:21cr185-MHT
                             )            (WO)
ZSA ZSA BOUVIER COUCH        )
```

ORDER

This case is before the court on the request from

the Bureau of Prisons for an extension of time, dated

December 15, 2022.  The request is as follows:

> "Please be advised that our facility has
> experienced a dramatic increase in forensic
> mental health evaluations and Dr. [Amor A.]
> Correa is out on unexpected leave.  We
> respectfully request a two-week extension
> period for the submission of finalized
> competency report."

Request from BOP (Doc. 134).

Based on the oral representations of the defense

and the government on December 16 and 19, 2022,

respectively, that they have no objection to the

request, it is ORDERED that the request (Doc. 134) is

granted, and the mental-health evaluation report is due by January 3, 2023.

The clerk of the court is DIRECTED to furnish a copy of this order via facsimile to M.D. Smith, Warden, United States Bureau of Prisons Federal Medical Center at Carswell, Texas.  The government is to ensure that a copy of this order is provided to defendant Zsa Zsa Bouvier Couch's evaluator at the Bureau of Prisons.

DONE, this the 19th day of December, 2022.

　　　　　　　　　　　　　　 /s/ Myron H. Thompson
　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE