**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:21cr185-MHT** |
| | ) | **(WO)** |
| **ZSA ZSA BOUVIER COUCH** | ) | |

**ORDER**

Based on the representations made on the record today, it is ORDERED that a competency hearing is set for January 18, 2022, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. The court notes that both parties have indicated they will not call witnesses at the hearing.

Defendant Zsa Zsa Bouvier Couch must be present at the hearing.

DONE, this the 13th day of January, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**