IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )       CRIMINAL ACTION NO.
      v.                      )         2:21cr185-MHT
                              )            (WO)
ZSA ZSA BOUVIER COUCH         )
```

ORDER

Based on the representations made on the record during the telephonic status conference on January 20, 2023, and given the pending appeal as to issues in this case before the United States Court of Appeals for the Eleventh Circuit, it is ORDERED that:

(1) The government's motion to postpone arraignment and all other hearings (Doc. 146) is granted.

(2) All proceedings in this court, including the competency hearing and arraignment, are hereby stayed pending the resolution of the appeal pending before the Eleventh Circuit.

DONE, this the 23rd day of January, 2023.

        /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE